# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STARACE, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>LEXINGTON LAW FIRM, and DOES 1 through 10,<br><br>                  Defendant. | Case No. 1:18-cv-01596-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 28) |

On January 16, 2020, the parties filed a joint stipulation dismissing Plaintiff Martin Starace's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 28.)

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 21, 2020**                  /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE